UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Violet Burrowes Bey
Ex Rel. VIOLET BURROWES

Index No:

**CV 21 6172**

Plaintiff,

v.

**COMPLAINT**     **BROWN, J.**

NASSAU COUNTY TRAFFIC AND PARKING
VIOLATIONS AGENCY-
David Rich- Executive Director et. al.

**SHIELDS, M.J.**

Defendant,
------------------------------------------------------------X

Clerk of Court.

Violet Burrowes Bey is filing this Complaint *pro se* action alleges and complains of NASSAU COUNTY TRAFFIC AND PARKING VIOLATIONS AGENCY- DAVID RICH, EXECUTIVE DIRECTOR (Defendant) is as follows:

## INTRODUCTION

I am Violet Burrowes Bey, conducting business in my contract name. I am not Negro, Black, Afro-American, I am a foreign national alien to the U.S.A. jurisdiction, I am bound and protected pursuant to treaty rights (Jay Treaty, Treaty of Peace and Friendship 1787, Treaty of Paris 1856, 1836 & 1787 Treaty of Peace between Morocco and United States Articles 20 through Article 24; and the Treaty of Paris 1856- Articles 8 and Articles 9) because I am a Moor by blood pedigree.

As juris, a judge bases its decisions on precedent law cases; while being fair and impartial. With that said, both party in the complaint will have the opportunity to defend their position to the court and before a lawful decision is rendered. However, the was argument based on statues and codes not treaty

1

agreement. Furthermore, prolonging this dispute will only continue to have me live the horrific injustice that has been bestowed upon me. Moreover, I feel as if I am being reprimanded and disciplined for being foreign to this political zone etc. (see Quo Warranto).

Further, New York State Governmental agencies (courts etc.) via the New York State Constitution is unable to offer a lawful proceeding with remedy. Hence, the past New York State proceedings were unable to resolve the dispute and offer remedy in an amicable manner (see Dread Scott case and U.S. Constitution-Article 6). This is the primary reason for filing my complaint with the federal court. In the past, if the state court had adjudicated the case properly and lawfully; offering a summary judgement to resolve the dispute then my complaint would be mute.

Also, Defendant reference the New York State Court must have jurisdiction; however, in 1956 the United States political zone ended their involvement in Consular Court here in Morocco/Turtle Island. Therefore, U.S. state courts does not have any jurisdiction as it pertains to Moorish foreign alien nationals and cannot meddle in British Affairs (see Act of Algiers).

I, (Plaintiff) mentioned the various treaties with the United States and Morocco etc. to evoke status, jurisdiction and proper venue. Clearly, the school district did not have the jurisdiction to adjudicate this case. Nor, did I give consent. However, if the school district had jurisdiction, then they were lawfully obligated to follow the articles of the treaty.

Furthermore, I am a foreign alien to the United States political zone. I am not a citizen of the U.S. (see Citizenship of the U.S. Expatriation etc. pages 459 and 460). Therefore, the 14th amendment does not

apply to me. I am a citizen of Morocco/Turtle Island. Therefore, my only alternative according to treaty is to file my complaint in a Moorish Court and/or United States Federal Court, the appropriate court of record.

Esquires are deemed to know the law and sworn to uphold the law, they cannot claim to act in good faith and then willfully apply deprivation; and cannot plead ignorance of the law (see Owens v. City of Independence and Hayer v. Mello). In other words, treaties are the supreme law of the land and this political zone must adhere to the law. With that said, Attorney General of New York-Letitia James lawfully demand that my case be adjudicated based on the evidence presented. Moreover, treaty contracts/agreements supersede statutes and codes (see Hauenstein v. Lynham 100 us 483 (1879)). I have territorial jurisdiction on this land due to my ancestors, therefore being accused of something to which leads to a dispute must follow positive law not de facto law.

Finally, Federal District Court is the proper venue and jurisdiction due to status and treaty rights (see Jenkins v. McKenith, Picking v. Pennsylvania Railroad Co. and Puckett v. Cox). A judge as juris typically cannot ignore the law without explanation; in other words, the judge only referenced statues/codes and NOT the treaties (Treaty of Peace and Friendship between Morocco and Great Britain 1787 and 1836 Articles 20 through Article 24; and the Treaty of Paris 1856- Articles 8 and Articles 9). And again, I did not acquiesce on any level, therefore allowing a proper judicial process is appropriate.

I am requesting a copy of the Delegation of Authority from the Moorish Government to which allows Nassau County District Attorney Office to function as a Consular Court according to the 1836 Treaty of Peace between Morocco and United States- Articles 20 as it pertains to a criminal or civil dispute. The

3

Federal Rules of evidence make it clear that a judge and/or appointee (Arbitrator) must adhere to the treaties. To further support my treaty rights as a Moor, the U.S.A. relinquished jurisdiction under the Moors/Moroccan. However, if I was an African American then the U.S.A. would have jurisdiction in a colorable or Color of Law which is still illegal and unlawful. Lastly, the U.S. constitution- (article 3 & article 6) clearly states the treaties does not give the U.S.A. rights/jurisdiction over the Moors in a civil or criminal case.

Now, if the Nassau County Traffic Parking Violations Agency is operating in the manner of a commercial court/jurisdiction (Delegation of Authority must be present) to which then jurisdiction can only be established if there is a contract on the record that reflects that I have violated and an injured party must be present to ensure that he/she is the person making claims against me. Additionally, the accuser's solemn affidavit of those claims must be signed by them and entered into the record. The accuser has to prove they are bringing claims/charges against me and then prove I committed the crime. If the accuser can't identify me and he/she can't bring charges against me; no injured party or no contract, then no crime exists and the charges should be dropped immediately, with remedy issued as relief for the me.

## THE PARTIES

1. I, Violet Burrowes Bey, Ex Rel. VIOLET BURROWES is a Moor. I am not African American etc. and the non-ratified, unconstitutional 14th Amendment does not apply to me. I am a natural person and domicile in Suffolk County, New York Territory (see Congressional Record 90th Congress 1st session Vol. 113-part 12 & Report Citizenship of the United States Expatriation etc. pgs. 459 and 460).

4

2. Nassau County Traffic Parking Violations Agency established under and operating pursuant to the Law of the State of New York are located in the County of Nassau, State of New York.

3. "THE TPVA" et al. is now, and was at all times mentioned in this complaint, an organized business corporation established under the laws of the State of New York located Nassau County, New York.

4. "The TPVA" administrative hearing was rife with procedural defects, irregularities and amounted to a deprivation of due process rights I was entitled along with the full opportunity and benefits of due process afforded under treaty rights.

## JURISDICTION AND VENUE

5. Upon information and belief, I am challenging the TPVA's jurisdiction (see said treaties and 28 U.S.C. 1441). The appropriate court is Consular/Federal court to adjudicate this matter.

6. Upon information and belief, jurisdiction may be proper and is specifically conferred upon this United States District Court by the aforementioned Constitution, Treaties, Declarations, statue(s), as well as under 28 U.S.C. §§1331, and 1343.

7. Upon information and belief, jurisdiction may also be appropriate under 42 U.S.C. §§1981 and 1985(3), and any related claims under New York law conferred upon this United States District Court by pendant Jurisdiction.

8. This action is brought as a Diversity of Citizenship action under the organic United States Constitution for America (Article 3), Treaty of Peace & Friendship 1786 & 1836 Treaty of Peace between Morocco & United States- Article 20, United Nations Declaration of

Rights For Indigenous Peoples 2010, challenging the Westbury Union Free School District's improper sexual harassment investigation as unconstitutional in whole or in part for facially insufficiency and in violation of the Equal protection, Due Process clauses of the Constitution and violation of International Law-Treaty Rights.

9. Venue is proper in the Eastern District of New York pursuant to 28 U.S.C. §1391(b)(2) in light of the fact that the events described herein all occurred in the Eastern District of New York.

10. If defendant object to this venue, then Moorish Consular Court will be applicable (see 28 USC 1602).

11. Defendants are aware that state judges can have Delegation of Authority only through Moorish treaty/government to hear a dispute as a Moorish Head of State (see 59th Congress- Act of Algiers- Article 123).

## STATEMENT OF CLAIM

12. I was wrongful charged, for a red-light violation on my ancestral land to which does not apply to me because I am Moor and not a citizen of the USA or African American, Negro, Black etc. I identified my national origin as a Moor to the TPVA. I was referred to a U.S. citizen and a native of New York due a DMV photo (see Title VII of the Civil Acts of 1964, United Nations Declaration on the Rights of Indigenous Peoples and Pope Francis Letter to President Obama 7/4//2014).

13. Defendants violated Plaintiff's treaty right to due process on the federal level. Even if the defendant had the lawful jurisdiction to adjudicate the case, Mr. David Rich (defendant) failed to execute Corpus Delicti on the state level. Plaintiff never faced his accusers nor were they identified. Clear violation of the Plaintiff's treaty rights.

14. Defendants violated 18 U.S. Code 241 Conspiracy against rights against the Plaintiff by intimidating and not adhering to treaty rights (see 42 U.S. Code 14141.

15. Defendants failed to provide any evidence that a proper investigation occurred therefore the charges are baseless. Fruit of the Poisonous Tree is the culprit to the Defendant's initial decision making; and inept knowledge of international law; their frivolous evidence is not admissible in court.

16. GENOCIDE (18 U.S.C. 1091) due to apartheid enforced through intimidation, distress and coercion.

17. Plaintiff was immediately subjected to Color of Law and/or Color of Authority which is a federal crime see Title 18 USC 242.

18. I do not have contractual obligations and have not consented to contract with this agency/office. Any dispute is not a criminal or civil offense of any kind. However, I have been unlawfully threatened and coerced to attend and contract with the defendant(s) (see People v. Battle, 50 Cal. App 3, step 1, 123 Cal. Rptr. 636, 639).

19. Defendants claims that I must pay (money) federal notes based on unlawful jurisdictional statues and codes based on who's authorization, jurisdiction. Additionally, the defendants have no documentary evidence to support a breach of contract between us.

20. Defendants violate treaty law between Morocco and Britain as a subject. The United States does not and cannot prove it as original jurisdiction over this matter. Furthermore, there is not a written contract between said parties authorizing consent to issue or make monetary payment of any kind.

21. Defendant is incompetent to said treaties highlighted in the introduction to which is the supreme law of the land and supersedes federal statues/codes; therefore, Nassau County TPVA et.al, action against me is unlawful and my claim and relief is deemed necessary.

**Demand for Relief**

I respectfully request the following relief (Equitable relief and Declaratory relief as deems fit and proper);

1. I demand a judgment against defendant for the sum of $5,000,000.00 with interest and costs.

2. Monetary judgment award for mental anguish & pain and suffering as the court deem appropriate.

3. I respectfully request an Order and Judgement of this Court that grants relief:

4. I am seeking reimbursement for the cost and other cost relating to in this proceeding.

5. I am seeking the court to grant such other and further relief to me as this court may deem just and proper.

6. I am seeking to recover unpaid back wages, sick time, additional amount as liquidated damages and investment losses, cost and disbursements and other costs while detaining my personal property.

7. I am seeking an apology from "The TPVA" including exonerating me of all charges.

8. I am seeking payback for all attorney/resources/consul fees.

9. I am seeking retribution for defamation.

**Jury Demand**
Plaintiff demands a jury trial

Dated: November 1, 2021

Respectfully Submitted,

*[signature]*

Violet Burrowes Bey
All rights reserved – U.C.C. 1-308, A free Moor, In Full Life, In Propria Persona Sui Juris
21 Marietta Drive
Westbury, New York 11590
917-847-0914

# CIVIL COVER SHEET

JS 44 (Rev. 11/04)

Scanned 11/3/21 (handwritten)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Violet Burrows Bey Ex Rel. VIOLET BURROWS

**(b)** County of Residence of First Listed Plaintiff: **MOROCCO / Long Island** (EXCEPT IN U.S. PLAINTIFF CASES)

21 Marietta Drive, Westbury, New York 11590

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
David Rich, Executive Director Nassau County Traffic + Parking Violators Agency

County of Residence of First Listed Defendant: **Nassau County** (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

16 Cooper Street, Hempstead, NY 11550

Attorneys (If Known)

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ NOV 03 2021 ★
LONG ISLAND OFFICE

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☑ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT
**TORTS - PERSONAL PROPERTY:** ☑ 370 Other Fraud

## V. ORIGIN
- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing:
Treaty with Morocco 1836; Treaty of Paris 1856; Treaty of Peace + Friendship 1787

Brief description of cause:
Defendant's violated said treaties + applied Color of Law / Anthony

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 5,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 11/1/2021
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Violet Bryngelson
21 Marriette Drive
Westbury NY
11590

United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York
11722

attn: Pro Se' Dept