FILED
CLERK

3:11 pm, Dec 01, 2021

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631)712-6000
Pro Se: (631)712-6050

Date: 12/1/21
Re: 21-CV-6172 (GRB)(AYS)

Dear *pro se* litigant:

The enclosed ___letter___ is being returned without docketing or consideration for the following reason(s):

( ) The docket number and/or judges' initials are incorrect or missing.

( ) Your signature is required on all papers filed with the Court.

( ) These papers appear to be intended for another court or agency.

( ) Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An affirmation of service form is enclosed.

( ) Your papers do not meet the minimum requirements for:
  ( ) Legibility: please type or print clearly.
  ( ) Language: only English is acceptable.
  ( ) Form or Content: See forms/instructions enclosed.
  ( ) Please indicate the documents you served on your affirmation of service.
  ( ) Other:

( ) This Court will only accept papers on 8 ½ by 11" paper. Note that this does not include exhibits. Documents submitted for filing should be unbound originals.

( ) Documents submitted for filing should not include (social security number, birthdate, names of minor children, financial account number etc.)

( ) Pursuant to Local Civil Rule 5.1, discovery materials are not filed with the Court except by Order of the Court.

( ) Your Notice of Appeal has been processed, and your case is closed. Your papers should be directed to: United States Court of Appeals for the Second Circuit Thurgood Marshall U. S. Courthouse, 40 Foley Square, New York, NY 10007

( ) Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

( ) The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, or to file a motion, please request the appropriate form(s) from our website or from our office.

(✓) Other: This is being returned as your case is closed.

By: _____
J. Grady, Deputy Clerk

SCANNED



Violet Burrowes Bey
21 Marietta Drive
Westbury, New York 11590
917-847-0914
vbburrowes@gmail.com

November 12, 2021

Re: Docket #: 2:21-cv-06172-GRB-AYS

Dear Judge Gary R. Brown,

I am requesting 30 additional days to pay the filing fee for my complaint (see docket #).

According to your Notice of Deficiency correspondence dated November 4, 2021; you emphasize the urgency to pay the filing fee to prevent the case from proceeding or dismissal for failure to prosecute.

Lastly, I am hopeful the court will honor and grant my request and allow the proceeding to occur.

Submitted,

Violet Burrowes Bey
Ex. Rel. VIOLET BURROWES
Plaintiff, Pro se

I am _____
All rights reserved – U.C.C. 1-308, A free Moor, In Full Life, In Propria Persona Sui Juris

Violet Burrows Bey
2 Marietta Drive
Westbury, NY 11590

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 18 2021 ★

LONG ISLAND OFFICE

Clerk of U.S. District Court, EDNY
100 Federal Plaza
Central Islip, New York 11722

Docket #: 2:21-cv-06172-GRB-AYS